NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.** AND
**NEXT SOFTWARE, INC. (FORMERLY KNOWN AS NEXT COMPUTER, INC.),**
*Plaintiffs-Appellants,*

v.

**MOTOROLA, INC. (NOW KNOWN AS MOTOROLA SOLUTIONS, INC.)** AND **MOTOROLA MOBILITY, INC.,**
*Defendants-Cross Appellants,*

---

2012-1548, -1549

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 11-CV-8540, Judge Richard A. Posner.

---

**ON MOTION**

---

**O R D E R**

Appellants Apple Inc. and NeXT Software, Inc. ("Appellants") and Motorola Mobility, Inc. and Motorola Solutions, Inc. ("Cross-Appellants") jointly move for a 60-

APPLE INC. V. MOTOROLA, INC.                                           2

day extension of time, until November 27, 2012, for the Appellants to file their opening brief and for an extension of time, until March 13, 2013, for the Cross-Appellants to file their responsive and opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

                                               FOR THE COURT


SEP 25 2012                                    /s/ Jan Horbaly
_____                              _____
       Date                                    Jan Horbaly
                                               Clerk

cc:  E. Joshua Rosenkranz, Esq.
     David A. Nelson, Esq.

s27                                            FILED
                                    U.S. COURT OF APPEALS FOR
                                        THE FEDERAL CIRCUIT

                                            SEP 25 2012

                                            JAN HORBALY
                                               CLERK